RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
TIFFANY L. NOCON
Assistant Federal Public Defender
California State Bar No. 301547
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Tiffany_Nocon@fd.org

Attorney for Jeremy Wade Watson

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:20-cr-00046-JAD-NJK-1 |
| Plaintiff, | **STIPULATION TO CONTINUE ARRAIGNMENT AND PLEA** |
| v. | (First Request) |
| JEREMY WADE WATSON, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Rachel Kent, Special Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Tiffany L. Nocon, Assistant Federal Public Defender, counsel for Jeremy Wade Watson, that the Arraignment and Plea currently scheduled on March 18, 2020, be vacated and continued to a date and time convenient to the Court, but no sooner than thirty (30) days.

This Stipulation is entered into for the following reasons:

1.     Counsel for the defendant needs additional time to conduct investigation in this case.

1     2.     With concerns regarding the Coronavirus, the parties are attempting to follow

2 recommended practices such as social distancing to protect the health of our clients,

3 ourselves, and our families.

4     3.     Defendant is not incarcerated and does not object to a continuance.

5     4.     Additionally, denial of this request for continuance could result in a

6 miscarriage of justice.

7     This is the first request for continuance filed herein.

8     DATED this 17 day of March, 2020.

| | |
|---|---|
| RENE L. VALLADARES | NICHOLAS A. TRUTANICH |
| Federal Public Defender | United States Attorney |
| | |
| By */s/ Tiffany L. Nocon* | By */s/ Rachel Kent* |
| TIFFANY L. NOCON | RACHEL KENT |
| Assistant Federal Public Defender | Special Assistant United States Attorney |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:20-cr-00046-JAD-NJK |
| Plaintiff, | **ORDER** |
| v. | |
| JEREMY WADE WATSON, | |
| Defendant. | |

Based on the Stipulation of counsel and good cause appearing,

IT IS THEREFORE ORDERED that the Arraignment and Plea currently scheduled on March 18, 2020 at the hour of 2:30 p.m., be vacated and continued to April 22, 2020, at 2:30 p.m., in Courtroom 3A.

DATED this 17th day of March, 2020.

_____

UNITED STATES MAGISTRATE JUDGE