# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:20-cr-00046-JAD-NJK |
| Plaintiff, | ORDER FOR DISMISSAL |
| v. | ECF No. 11 |
| JEREMY WADE WATSON, | |
| Defendant. | |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, the United States for the District of Nevada hereby dismisses with prejudice Information filed against defendant Jeremy Wade Watson.

DATED this __20th__ day of April, 2020.

    NICHOLAS A. TRUTANICH
    United States Attorney

    /s/ Rachel Kent

    RACHEL L. KENT
    Special Assistant United States Attorney

Leave of Court is granted for the filing of the foregoing dismissal.

DATED this 21st day of April, 2020.

_____
UNITED STATES DISTRICT JUDGE

1